**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Wine Group LLC,<br><br>　　　　Plaintiff,<br>　vs.<br>Oak Creek Vineyards & Winery Inc.,<br><br>　　　　Defendant. | No. CV-08-8069-PCT-PGR<br><br>ORDER |

Pending before the Court is the defendant Oak Creek Vineyards and Winery, Inc.'s motion to dismiss, filed June 19, 2008. Having reviewed the motion, the Court *sua sponte* finds that the motion should be stricken from the record.

The motion states that the defendant is an Arizona Subchapter S Corporation, and that the two signatories of the motion, Michael Pearce and Deb Wahl, are the defendant's owners. Neither signatory is stated to be an attorney licensed to practice before this Court.

The Court has no authority to allow the motion to dismiss to be filed because, as the United States Supreme Court has noted, "[i]t has been the law for the better part of two centuries ... that a corporation may appear in the federal courts only through licensed counsel." Rowland v. California Men's Colony, 506

U.S. 194, 113 S.Ct. 716, 721 (1993); *accord*, United States v. High Country Broadcasting Co., Inc., 3 F.3d 1244, 1245 (9th Cir. 1993) (Same); Ramada Inns, Inc. v. Lane & Bird Advertising, Inc., 102 Ariz. 127, 128, 426 P.2d 395 (1967) ("Absent statutory authority a corporation cannot practice law even in its own behalf. A corporation cannot appear in court by an officer who is not an attorney, and it cannot appear in propria persona.").  Since the defendant corporation is not represented by an attorney, it is not properly before this Court, In re Highley, 459 F.2d 554, 555-56 (9th Cir. 1972), and the defendant is admonished that it is subject to being defaulted if it does not obtain representation by an attorney authorized to practice before this Court. *See* High Country Broadcasting, 3 F.3d at 1245.  Therefore,

     IT IS ORDERED that defendant Oak Creek Vineyards and Winery's motion to dismiss (doc. #8) is stricken from the record.

     DATED this 30th day of June, 2008.

_____
Paul G. Rosenblatt
United States District Judge