**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| The Wine Group, LLC, | ) | No. CV-08-08069-PCT-PGR |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Oak Creek Vineyards and Winery, Inc., | ) | |
| Defendant. | ) | |
| _____ | ) | |

   At the request of defense counsel, alternative dates were given for the Settlement Conference which was set for February 12, 2009 at 2:00 p.m.  Defense counsel, Susan Siwek, confirmed with Plaintiff's counsel the new date and time of February 3, 2009 at 2:00 p.m. was an agreeable date for all parties required to be physically present for the Settlement Conference.

   Accordingly,

   **IT IS ORDERED resetting** the Settlement Conference in this matter from February 12, 2009 to **Tuesday, February 3, 2009 at 2:00 p.m.**

   **IT IS FURTHER ORDERED affirming** all other Orders contained within the undersigned's Settlement Conference Order, docket #33, except for the date and time of said conference.

   DATED this 3rd day of December, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge