**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Wine Group LLC,<br><br>    Plaintiff,<br>vs.<br><br>Oak Creek Vineyards and Winery, Inc.,<br><br>    Respondents. | No. CV-08-8069-PCT-PGR<br><br>ORDER |

The parties having filed a Stipulation for Voluntary Dismissal With Prejudice (doc. #65) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 19th day of June, 2009.

_____
Paul G. Rosenblatt
United States District Judge